FILED

11/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0669

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0669

_____

CITY and COUNTY OF BUTTE-SILVER BOW,
MONTANA,

     Applicant and Appellant,

    v.

BUTTE POLICE PROTECTIVE ASSOCIATION,

     Respondent and Appellee.

O R D E R

_____

This cause was previously classified for submission on briefs to a five-justice panel.

IT IS HEREBY ORDERED that this cause is reclassified for submission to the Court sitting en banc.

IT IS FURTHER ORDERED that Honorable Jennifer B. Lint, District Judge, will sit in place of Justice James Jeremiah Shea, who has recused himself.

The Clerk is directed to provide a copy hereof to all counsel of record, Honorable Jennifer B. Lint, and Honorable Robert J. Whelan, District Judge, presiding.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2024